**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOSE FELIPE DE LA LUZ DE JESUS,
Petitioner,

v. — No. 26-cv-8638

MARKWAYNE MULLIN, *et al.*,
Respondents.

**O R D E R**

**AND NOW,** this 13th day of November, 2026, upon consideration of the Petition for Writ of Habeas Corpus, ECF No. 1, **IT IS ORDERED THAT**:

1. Petitioner SHALL promptly serve the Office of the United States Attorney by email at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

2. **Within seven (7) days of the date of this Order**, Respondents SHALL file an expedited response to the Petition, along with any exhibits, copies of all relevant documents, and an index of exhibits/documents. The response shall state the statutory authority for Petitioner's detainment and provide the related legal analysis and record evidence supporting the asserted statutory basis for detention. The response shall also address whether a bond hearing is required, whether administrative remedies, if any, have been exhausted, and whether the petition for writ of habeas corpus may be decided on the papers.

3. **Within three (3) days of receipt of the response**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required, what steps have been taken too exhaust administrative remedies, if any, and whether the petition for writ of habeas corpus may be decided on the papers.

4. Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge